RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Marcus Mattingly

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-MJ-00231-BNW-1 |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| MARCUS MATTINGLY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Marcus Mattingly, that the Preliminary Hearing currently scheduled on March 31, 2021 at 3:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel needs additional time to review discovery.

2.     Parties have entered negotiations and need the additional time to resolve this matter.

1    3.    Defendant is incarcerated and does not object to a continuance.

2    4.    Additionally, denial of this request for continuance could result in a

3  miscarriage of justice.

4    This is the first request for continuance filed herein.

5    DATED this 29th day of March, 2021.

6

7  RENE L. VALLADARES                CHRISTOPHER CHIOU
   Federal Public Defender           Acting United States Attorney

8

9    /s/ Andrew Wong                    /s/ Melanee Smith
   By_____        By_____

10 ANDREW WONG                       MELANEE SMITH
   Assistant Federal Public Defender Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-MJ-00231-BNW-1 |
| Plaintiff, | **ORDER** |
| v. | |
| MARCUS MATTINGLY, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on Wednesday, March 31, 2021 at the hour of 3:00 p.m., be vacated and continued to ___5/4/2021___ at the hour of __ 2:00 p.m.

DATED this 30th day of March, 2021.

_____

UNITED STATES MAGISTRATE JUDGE

3